MILES CITY NATIONAL BANK, APPELLANT, *v.* CUSTER COUNTY ET AL., RESPONDENTS.

(No. 5,863.)

(Submitted March 2, 1926.   Decided March 23, 1926.)

[245 Pac. 265.]

(For syllabus, see *Commercial National Bank of Miles City* v. *Custer County, ante,* p. 45.)

*Appeal from District Court, Custer County; Stanley E. Felt, Judge.*

ACTION by the Miles City National Bank against Custer County and others. Judgment for defendants and plaintiff appeals. Affirmed.

*Messrs. Loud & Leavitt,* for Appellant.

*Mr. L. A. Foot,* Attorney General, *Mr. A. H. Angstman,* Assistant Attorney General, and *Mr. Rudolph Nelstead,* County Attorney of Custer County, for Respondents.

Cause argued and submitted on briefs filed in *Commercial National Bank of Miles City et al.* v. *Custer County et al., ante,* p. 45.

MR. JUSTICE GALEN delivered the opinion of the court.

This appeal involves the proper measure of taxation of the shares of the capital stock of a national bank; a discrimination being alleged to have been made by the defendants in favor of other moneyed capital in the year 1923, contrary to the provisions of section 5219 of the Revised Statutes of the United States, as amended by Act of March 4, 1923 (42 Stats. at Large, 1499 [U. S. Comp. Stats. Supp. 1925, sec. 9784]). The action is to recover back taxes paid under protest.

Because of the conclusion reached in the case of *Commercial National Bank* v. *Custer County, ante,* p. 45, 245 Pac. 259, the judgment involved in this appeal is affirmed.

*Affirmed.*

MR. CHIEF JUSTICE CALLAWAY and ASSOCIATE JUSTICES HOLLOWAY, STARK and MATTHEWS concur.